JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

| **Place of Offense:** | **Category No.** II | **Investigating Agency** | U.S. Marshals Service |
| --- | --- | --- | --- |

**City**   Boston

**County**   Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   David Kenneth Drumm _____ Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) Wellesley, MA _____

Birth date (Yr only): 1966   SSN (last4#):_____   Sex M   Race: Caucasian   Nationality: Irish

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____   _____

**U.S. Attorney Information:**

**AUSA**   Amy Harman Burkart _____   Bar Number if applicable   651828

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

| **Charging Document:** | ☑ Complaint | ☐ Information | ☐ Indictment |
| --- | --- | --- | --- |
| **Total # of Counts:** | ☐ Petty ——— | ☐ Misdemeanor ——— | ☑ Felony  1 |

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/5/2015                   Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  David Kenneth Drumm _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** <br> Extradition of Fugitive from Foreign Country to the U.S. | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. s 3184 | | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013